FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 NOV 17 AM 10: 32
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| EDDIE ROLANDA JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV410-196 |
| ) | |
| STATE OF GEORGIA, CHATHAM ) | |
| COUNTY SHERIFF'S DEPARTMENT, ) | |
| AL ST. LAWRENCE, and MCARTHUR ) | |
| HOLMES, ) | |
| ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which objections have been filed (Docs. 10, 11). After a careful de novo review, the Court concurs with the Magistrate Judge's Report and Recommendation. Therefore, the Court **ADOPTS** the same as its opinion. The Court finds Defendant's objections to be without merit. This case is **DISMISSED WITH PREJUDICE**, and the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 17th day of November 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA